USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NICHOLAS LESTER,

                Plaintiff,

     - against -

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------X

21-CV-6877 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This Section 1983 case has been designated for participation in the procedures provided by Local Rule 83.10.  Accordingly, the discovery deadlines and obligations of the Local Rule shall apply; the initial pre-trial conference currently scheduled for December 1, 2021 is adjourned *sine die*; and Defendants shall file a status report no later than **January 24, 2022** and every 60-days after that.

                         SO ORDERED.

                         _____
                         ROBERT W. LEHRBURGER
                         UNITED STATES MAGISTRATE JUDGE

Dated: November 24, 2021
       New York, New York

Copies transmitted this date to all counsel of record.

1