USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

NICHOLAS LESTER,

                               Plaintiffs,

-against-

THE CITY OF NEW YORK, JARVIS ONABANJO,
WILSON LEMA, DANIEL GALLAGHER, DANIEL
MEBLIN, VINORD ANDREW, LUIGI TIRRO, and
BRYAN WILSON,

                               Defendants.

------------------------------------------------------------------------- x

**ORDER TO UNSEAL CRIMINAL RECORDS**

21 Civ. 6877 (JPC) (RWL)

**UPON THE JOINT APPLICATION** of the parties for the unsealing of records pertaining to the May 30, 2020 arrests of any witnesses listed in Civilian Complaint Review Board investigations bearing file numbers 2020-06126 and 2020-04096, which, upon information and belief, are sealed and protected from disclosure by New York Criminal Procedural Law §§ 160.50 and/or 160.55;

**WHEREAS** the information sought is material and relevant to the above-captioned civil action currently pending in the Southern District of New York, brought by Plaintiff and being defended by the Office of Corporation Counsel; and

**WHEREAS** the Court has the inherent authority to unseal these records in connection with this action, see Schomburg v. Bologna, 298 F.R.D. 138, 141 (S.D.N.Y. 2014) ("Federal courts can and commonly do order production of documents sealed under Section 160.50");

**IT IS HEREBY ORDERED** that the records pertaining to the May 30, 2020 arrests of any witnesses listed in Civilian Complaint Review Board investigations 2020-06126 and 2020-04096 are unsealed pursuant to New York Criminal Procedure Law §§ 160.50 and 160.55 and

may be made available for use in this civil action;

**IT IS FURTHER ORDERED** that the aforementioned records shall be deemed confidential and used only for the purposes of prosecuting and defending Plaintiff's claims in this civil suit.

**SO ORDERED**.

Dated:   April 29, 2022
         New York, New York

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE