UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

NICHOLAS LESTER,

                                          Plaintiff,

-against-

CITY OF NEW YORK, JARVIS ONABANJO, WILSON LEMA, DANIEL GALLAGHER, DANIEL MEBLIN, VINORD ANDREW, LUIGI TIRRO, NICO HEWITT, JOHN ORTEGA, and BRYAN WILSON,

                                          Defendants.

---------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

21 Civ. 6877 (JPC) (RWL)

**WHEREAS**, Plaintiff and Defendants City of New York, Jarvis Onabanjo, Wilson Lema, Daniel Gallagher, Daniel Meblin, Vinord Andrew, Luigi Tirro, and Bryan Wilson (hereinafter "Defendants")[1] have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice against the Defendants.

---

[1] The individuals identified as Nico Hewitt and John Ortega in the Amended Complaint (ECF No. 51) have not been served with process and are therefore not defendants in this action.

Dated: New York, New York
_____, 2022

MICHAEL HUESTON, ESQ.
*Attorney for Plaintiff*
16 Court Street, 35th Floor
Brooklyn, New York 11241

By: _____
   Michel Hueston, Esq.
   *Attorney for Plaintiff*

RICHARD CARDINALE, ESQ.
*Attorney for Plaintiff*
26 Court Street, Suite 1507
New York, NY 10007

By: \_\_\_\_\_/s/ Richard Cardinale\_\_\_\_\_
   Richard Cardinale, Esq.
   *Attorney for Plaintiff*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City of New York
*Attorney for Defendants City of New York, Jarvis Onabanjo, Wilson Lema, Daniel Gallagher, Daniel Meblin, Vinord Andrew, Luigi Tirro, and Bryan Wilson*
100 Church Street, Room 3-183
New York, New York 10007

By: _____
   James R. Murray
   *Assistant Corporation Counsel*

SO ORDERED:

_____
John P. Cronan
United States District Judge

Dated: October 19, 2022
New York, New York

2